# EXHIBIT A

# DIRECTCAPITAL CIT

The Authoritative Copy of this record is held at www.docusign.net

## MASTER EFA AGREEMENT Page 1 of 3

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942 | F: 800-875-0312

Master EFA Agreement #ME01537617

| CUSTOMER: Please verify this section and complete any missing information |
|---|

| Client: Ramsplitter Log Splitters Inc. |
|---|

| Address: 2230 Kishwaukee St |
|---|

| City: Rockford | State: IL | Zip: 61104 | County: |
|---|---|---|---|

| Federal Tax ID: | | State of Incorporation: IL | Home Phone: |
|---|---|---|---|

| Business Phone: | | Fax: | | Email: |
|---|---|---|---|---|

**INSTRUCTIONS:** The words "You" and "Your" refer to the Customer (the party who is borrowing funds against the Equipment or as a direct loan); "We", "Us" and "Our" refer to Direct Capital Corporation and its assigns, the Secured Party. Please complete and/or verify information and sign or authenticate where noted. Please call with any questions.

**1. MASTER EFA & SCHEDULES:** You agree to finance the Equipment or borrow funds as described in each Schedule ("Schedule") executed in accordance with this Master Equipment Finance Agreement ("Master EFA"). Each Schedule shall constitute a separate agreement distinct from this Master EFA, except that all terms contained herein are deemed part of each Schedule. In the event of a conflict between this Master EFA and a Schedule, the provisions of the Schedule, or its Addendum, shall prevail. The term "EFA" when used herein means collectively, each Schedule and this Master EFA. The term of this Master EFA begins on the first Schedule's Commencement Date and continues as long as any Schedule remains unpaid. You authorize Us to insert or correct information on the EFA including Your proper legal name, address, dates and Equipment description. All notices shall be in writing addressed to You at Your address stated herein or to Us at 155 Commerce Way, Portsmouth, NH 03801.

**2. EQUIPMENT:** You have chosen the equipment as set forth on each Schedule as applicable ("Equipment"). You acknowledge that the Equipment is financed for You solely for commercial or business purposes and not for personal, family, agricultural or household purposes, if the Equipment is unsatisfactory, Your only remedy is against its supplier or manufacturer and You have no remedy for damages against Us. Your confirmation to Us, by phone or execution or authentication of Equipment Acceptance, of the delivery of the Equipment shall constitute Your acknowledgement that You have inspected the Equipment, found it satisfactory in all respects and have accepted it. You will maintain Equipment location records and provide Equipment location to Us upon demand. You are responsible for keeping the Equipment in good repair, condition and working order, except for normal wear and tear. You are responsible for complying with all laws relating to the Equipment or its use and to protect the Equipment from damage, seizure or loss. You will continue to make payments if any damage, seizure or loss occurs to any part of the Equipment, even if the Equipment is completely destroyed or, at Our option, pay Us the amount described in the Defaults and Remedies section of the EFA on the next payment date. We are not responsible for any losses, damages or injuries caused by the installation or use of the Equipment or from any other loss while You have the Equipment and You agree to hold Us harmless and defend Us against any claim for loss, damages or injuries, including attorney's fees and related costs.

**3. NO WARRANTY:** We are financing Equipment for You "AS IS" "WHERE IS" AND WITH ANY AND ALL FAULTS. We did not select, manufacture, supply or inspect the Equipment, WE MAKE NO WARRANTY OR REPRESENTATION, either express or implied as to the condition of the Equipment, its merchantability, its fitness or suitability for any particular purpose, its design, its capacity, its quality, or any other characteristics of the Equipment. We are not responsible for packaging, delivery, installation or testing of the Equipment. You agree that You have selected the supplier and each item of Equipment based on Your own judgment and disclaim any reliance upon any statements or representations made by Us. The supplier is not an agent of Ours and nothing the supplier states can affect Our obligation under this agreement. You will continue to make all payments under the EFA regardless of any claim or complaint against any supplier.

**4. REPRESENTATIONS:** You represent and warrant that You, and each of the individuals signing or authenticating the EFA, have the lawful power and authority to enter into the EFA, by entering into the EFA You will not violate any law or other agreement, and the location of Your chief executive office, state of incorporation or organization, exact legal name, place of residence and Federal Tax ID number are accurately listed in the EFA. The EFA will constitute Your legal, valid and binding obligation, enforceable against You in accordance with the terms hereof. If a corporation, You are duly organized, duly authorized, validly existing and in good standing. THE EFA CANNOT BE TERMINATED OR CANCELED BY YOU FOR ANY REASON. Your obligation to make payments under the EFA is absolute and unconditional.

**5. ASSIGNMENT:** YOU HAVE NO RIGHT TO SELL, TRANSFER, ASSIGN OR LEASE THE EQUIPMENT OR YOUR RIGHTS UNDER THE EFA. You understand that We, without prior

notice, have the right to assign, sell or otherwise transfer the EFA. You understand that Our assignee will have the same rights and benefits but They do not have to perform any of Our obligations. You agree that the rights of Our assignee will not be subject to any claims, defenses or setoff that You may have against Us.

**6. SECURITY DEPOSIT:** The security deposit, listed on a Schedule, is payable upon execution, is non-interest bearing, will be commingled with Our other funds and secures Your performance under the EFA. We may apply the security deposit to satisfy any amounts owed by You, in which event You will promptly restore the security deposit to its full amount. If all conditions are fully complied with and You have not ever been in default, the security deposit will be refunded to You after the end of the term of each Schedule.

**7. INDEMNITY:** You indemnify Us and Our shareholders, directors, officers, employees, agents and assignees against any claims, actions, damages, fines, penalties, causes of action, suits or other legal proceedings or liabilities including all attorney fees, arising out of or connected with the EFA or any Equipment, without limitation. Such indemnification shall survive expiration, cancellation or termination of the EFA.

**8. LAW:** The EFA is governed exclusively by the laws of New Hampshire. You agree and consent to the exclusive jurisdiction and venue of any State or Federal Court in Rockingham County, New Hampshire. You waive any right to challenge the jurisdiction or venue for any reason; You waive the defense of Forum Non Conveniens. The EFA is intended to constitute a valid and enforceable legal instrument and no provision of the EFA that may be deemed unenforceable shall in any way invalidate any other provision or provisions hereof, all of which shall remain in full force and effect. The EFA constitutes the entire agreement between the parties. YOU AGREE TO WAIVE ALL RIGHTS TO A JURY TRIAL.

**9. TAXES:** You agree to pay when due or at a frequency set by Us all taxes (including sales, use, and personal property tax, fines and penalties) and fees relating to the EFA or the Equipment. If We make payment on any of the above, You agree to reimburse Us. You agree to pay the Property Tax Administration fee of $79 per year.

**PERSONAL GUARANTY:** As consideration for Us entering into the EFA, the undersigned Guarantor ("You", "Your"), jointly and severally, unconditionally personally guaranties that the Customer will make all payments and meet all obligations required under the EFA fully and promptly. You agree that We, Direct Capital Corporation, the Secured party, may make other arrangements including compromise or settlement with the Customer and You will waive all defenses and notice of those changes and will remain responsible for the payment and obligations of the EFA. We do not have to notify You if the Customer is in default. If the Customer defaults, You will immediately pay in accordance with the default provision of the EFA all sums due under the terms of the EFA and will perform all the EFA obligations. It it is necessary for Us to proceed legally to enforce this guaranty, You expressly consent to the jurisdiction of the court set out in the 'Law' paragraph and agree to pay all costs, including attorneys fees incurred in enforcement of this guaranty. It is not necessary for Us to proceed first against the Customer or the Collateral before enforcing this guaranty. You grant Us continuing authority to access, review and update, from time to time, credit reference information, including credit bureau reports. All financial providers are hereby directed and authorized to release to Us any and all information pertaining to any of Your accounts. Signature or authentication of the Guarantor (an individual)

X _Douglas Davidson_        5/2/2016

Douglas Davidson
~~Business Name~~        NO TITLE Date

Signature or authentication of the Guarantor (an individual)

X _____
NO TITLE        Date

Copyright ©2013 Direct Capital Corp. All rights reserved.

# DIRECTCAPITAL ฒ ฟซ

The Authoritative Copy of this record is held at www.docusign.net

**10. INSURANCE.** You agree to keep the Equipment fully insured against loss, theft, damage, destruction with Us as loss payee and additional insured in an amount not less than the original cost of the Equipment for the term of each Schedule. You also agree to obtain a general public liability insurance policy from a provider and in amounts acceptable to Us and name Us as an insured on the policy. You agree to provide Us certificates or other evidence of insurance acceptable to Us before each Schedule commences, prior to each insurance renewal and within 10 days of Our request. You agree that if said insurance is not received by Us, is cancelled or expires and is not replaced, We have the right, but not the obligation, to secure insurance on the Equipment from a carrier of Our choosing in such forms and amounts as We deem reasonable to protect Our interest. Insurance We secure will not name You as an insured and may not fully protect Your interests and You will pay Us an insurance charge that will include a premium, which may be substantially higher than the premium that You would pay if placed independently. In addition to the premium, You will pay Us a fee that will include an interest charge and administrative and processing fees, which will result in profit to Us and Our agents. At any time, You can avoid these costs by delivering the required proof of insurance to Us. Nothing in this paragraph will relieve You of Your responsibility for liability insurance coverage on the Equipment. We may negotiate and settle for Our benefit all property damage claims and all liability claims involving Us or the Equipment and may sign or endorse Your name on any draft, check or instrument representing insurance proceeds covering the Equipment We shall retain any physical damage insurance proceeds arising out of a theft, loss or damage up to the full amount owed under the EFA. You will remain responsible for any deficiency.

**11. PAYMENTS, INTERIM PAYMENT, FEES & OTHER CHARGES, RATE FACTOR:** You agree to pay Us the periodic payments for the term (including any extensions) of the EFA in accordance with the Schedule plus any applicable sales tax, use tax or property tax. We have the right to apply all sums received from You to any amounts due Us pursuant to the EFA. You agree to pay Us a nonrefundable documentation fee plus all other reasonable fees associated with the EFA, including, but not limited to, credit inquiry, site inspection, appraisal, UCC search and filing, titling fees and costs, including a termination fee of up to $379, unless otherwise noted, payable upon termination of each Schedule. Your signature or other authentication is an irrevocable offer to enter into the EFA. In the event that You sign or otherwise authenticate the EFA, but the EFA is not commenced, the advance payments, documentation fee and security deposit may be retained by Us to compensate for Our documentation, processing and other expenses. A late payment charge of 15% of the amount due will be assessed on any payment not paid within 3 days of the due date; interest on any delinquent amount due shall be charged from the due date until paid at the highest legal rate. You also agree to pay Our standard NSF fee for each payment returned for insufficient funds. You agree to pay Us, upon receipt of Your first invoice, Interim Payment, a partial payment for the use of the Equipment or loan proceeds prior to the first regular payment due date. Interim Payment shall be in an amount equal to 1/30th of the monthly payment, multiplied by the number of days from the Commencement Date to the first payment due date payable up on receipt of invoice. Rate Factor: Each monthly payment includes, in addition to reimbursement of Equipment cost or loan amount, a return on Our investment expressed as the rate factor which can be characterized as a finance charge. The payment cost or loan amount is the payment divided by the Rate Factor. The total dollar amount of the finance charge is equal to the payment times the Term plus the processing fees less Equipment cost or loan amount.

**12. COMPUTER SOFTWARE:** Notwithstanding any other terms of the EFA, You agree that as to software only: We have not had, do not have, nor will have any title to such software, You have executed or will execute or otherwise authenticate a separate software license agreement and We are not a party to and have no responsibilities whatsoever in regard to such license agreement, You have selected the software as per the Equipment paragraph of the EFA and We make no warranties of merchantability, data accuracy, system integration or fitness for use and take absolutely no responsibility for the function or defective nature of such software.

**13. EQUIPMENT OWNERSHIP:** You are the owner of the Equipment under each Schedule as applicable and have title to the Equipment subject to Our lien. You agree to keep the Equipment free and clear of all liens, claims and encumbrances. We have the right to inspect the Equipment at any time.

**14. UCC FILINGS:** To secure Your obligations under the EFA, You hereby grant Us a first priority security interest in the Equipment, and a security interest in all goods, inventory, equipment, accounts, accounts receivable, investment property, securities, fixtures and other property, now or hereafter belonging to You or in which You have an interest, and in all proceeds, including insurance proceeds, thereof ("Collateral"), and You hereby authorize Us to file UCC Financing Statements or similar instruments to perfect such interest.

**15. DEFAULT & REMEDIES:** You will be in default if: You fail to make any required payment under the EFA when due, You fail to perform any other obligation of the EFA or other agreement with Us, any representation or warranty made by You is false, a material adverse change (as determined by Us) occurs in Your financial condition or We believe the prospect of payment is impaired, You enter or have entered against You insolvency, bankruptcy or similar proceedings, the death of a personal guarantor or You attempt to repudiate or revoke any agreement with Us ("Default"). If You are ever in Default, We, with or without notice to You, may retain Your security deposit; terminate or cancel the EFA or any of Our obligations to You, require that You pay the unpaid remaining payments (discounted at 4%), the amount of any purchase option and late changes, taxes, fees and interest on the same; sue for and recover from You any and all amounts due Us; enter the Equipment and Collateral location and repossess and remove, or render unusable, the Equipment and Collateral; require You to make the Equipment and Collateral available to Us at a location determined by Us; sell or lease the Equipment and Collateral to any party without notice under such terms and conditions as We alone shall determine; refer the EFA to an attorney for collection and pursue all other remedies available to Us under any agreement, any applicable law or the UCC. You agree to pay all costs and expenses related to collection or repossession, including fees. You agree that any delay or failure to enforce Our rights under the EFA does not prevent Us from enforcing any rights at a later time. You agree that We will not be responsible to pay You any consequential or incidental damages you claim under the EFA.

**16. FAX & ELECTRONIC DOCUMENTS:** No modification to the EFA as supplied by Us to You shall be effective unless agreed to in writing or other authentication by Us. A fax or copy version of Your signature on the EFA when received by Us shall be binding on You for all purposes as if originally signed. Each of this Master EFA and each Schedule shall only become binding against Us when actually signed or otherwise authenticated by Us. Both You and We agree that the written version of the EFA containing Our original signature and Your original, fax or copy signature may constitute the original authoritative version, and that the electronic version of the EFA which has been authenticated by You and Us in accordance with applicable law and controlled by the Owner (pursuant to the rules and regulations of eOriginal, Inc.) shall constitute the original authoritative version of the EFA; provided that if the "Paper Out" process shall have occurred pursuant to the eOriginal product Reference Guide, and there shall simultaneously exist both the "Paper Out" printed version and an electronic version of the EFA, then the "Paper Out" printed version of the EFA as identified in the eOriginal audit record and corresponding affidavit shall constitute the sole authoritative version. Both You and We hereby agree that the EFA may be authenticated by electronic means, and expressly consent to the use of the electronic version of the EFA to embody the entire agreement and the understanding between You and Us. You wish to continue to receive information at Your fax and/or email addresses. The EFA may be executed in any number of counterparts, and all such counterparts, taken together, shall constitute one and the same instrument. Reference herein to eOriginal shall mean eOriginal, Inc., Baltimore, MD, or any successor electronic custodian appointed by Us.

**17. CELL PHONE CONSENT:** You agree that by providing Us with a telephone number for a cellular phone or other wireless device, You are expressly consenting to receiving communications – including but not limited to prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system – from Us to You, or Our assigns, and its affiliates and agents at that number. This express consent applies to each such telephone number that You provide to Us now or in the future and permits such calls regardless of their purpose. These calls and messages may incur access fees from your cellular provider.

---

**ACCEPTED:**

**Customer:** Ramsplitter Log Splitters Inc.

— DocuSigned by:

X _Douglas Davidson_          5/2/2016

Douglas Davidson   President            Date

**Secured Party: Direct Capital Corporation**

— DocuSigned by:

X _Michael Gagnon_          5/16/2016

Michael Gagnon   Authorized Representative         Date

---

Copyright ©2013 Direct Capital Corp. All rights reserved.

**DIRECTCAPITAL** a **CIT** company

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942

## Addendum to Master Equipment Finance Agreement

This Addendum ("Addendum") shall amend Master Equipment Finance Agreement No: ME01537617 by and between Ramsplitter Log Splitters Inc. ("Customer") and Direct Capital Corp. ("Secured Party") with reference to the above EFA transaction ("EFA"). All terms and conditions of the EFA not inconsistent with this Addendum shall be and remain in full force and effect.

Customer hereby authorizes Secured Party to correct the following:

| | | |
|---|---|---|
| ☐ Lessee/Company Name | ☐ Advance Payment | ☐ SignorTitle |
| ☐ Equipment Location | ☐ Rate Factor | ☐ EOL Option |
| ☐ Terms | ☐ BillingAddress | ☐ Equipment Description |
| ☐ Payment Amount | ☐ Processing Fees | ☐ Other |
| ☐ Security Deposit | ☒ SignorName | |

The EFA and all other documents given in conjunction therewith shall now read:

      **Signor Name:** Douglas Davidson Sr

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

**Customer:** Ramsplitter Log Splitters Inc.

X _Internal_____

Douglas Davidson Sr          (Date)

**ACCEPTED BY Direct Capital Corporation**

X _____

         (Date)

Page 1 of 1

# EXHIBIT B

THIS IS A COPY

**DIRECTCAPITAL** CiT

EQUIPMENT SCHEDULE #DCC-1229591
Master EFA Agreement #ME01537617

This Equipment Schedule incorporates the terms and conditions of the referenced Master EFA. Each capitalized term has the same meaning given to it in the referenced Master EFA unless otherwise defined here. You have reviewed and acknowledge all terms of this EFA. Please sign or authenticate where noted.

### CUSTOMER INFORMATION: Please verify this section and complete any missing information

| | | | |
|---|---|---|---|
| Customer: Ramsplitter Log Splitters Inc. | | | |
| Billing Address: 2230 Kishwaukee St | | | |
| City: Rockford | State: IL | Zip: 61104 | County: |
| Federal Tax ID: | | State of Incorporation: IL | |
| Business Phone | Fax: | Email: | |

### EQUIPMENT DESCRIPTION:

All personal property as set forth on the below invoice number(s) dated as listed, including all attachments, accessories and inclusions per invoice and all replacement parts, additions, repairs, accessions, attachments and accessories now or hereafter incorporated in or affixed to it, the "Equipment".

Supplier(s) and Invoice Number(s):

```
See bill of sale from Iron Horse Distributors dated 5/12/2016
See invoice # 14317 from M.R.S. Industries Inc.
```

See the attached invoice(s) for Equipment listing purposes only. You acknowledge that You are choosing to finance the purchase of this Equipment over time per the terms and conditions of this EFA rather than the cash price listed on the invoice(s).

Equipment Location (if different from billing): 2230 Kishwaukee St ROCKFORD IL 61104

### EFA TERMS and CONDITIONS:

Your Monthly Payment is set forth below and is due in advance on the due date to be established by Us on our acceptance of this Equipment Schedule. This Equipment Schedule shall commence upon Our written acceptance or other authentication on the Commencement Date. This is a noncancelable, irrevocable agreement; it cannot be cancelled or terminated.

| EFA TERM:<br>60 Months<br>(term is monthly unless otherwise indicated)<br><br>Rate Factor: 0.0210450 | MONTHLY PAYMENT:<br>$768.75 | UPFRONT PAYMENT AMOUNTS:<br>Security Deposit    $0.00<br>Advance Payment   $768.75<br>Processing Fees     $329.00**<br>**(Processing fees are included in the financed amount) |
|---|---|---|

**Delivery Guaranty Option:** In reliance on your promise to pay Us and subject to EFA terms, We may, at your verbal direction and subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this EFA will commence immediately. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as the Supplier, manufacturer, vendor, installer or carrier and shall not assert against Us any claim or defense that You may have with the Equipment, installation or delivery.

**Pay Proceeds Direction:** You hereby irrevocably instruct Us to disburse proceeds of this EFA to the Supplier(s) listed above in the amounts listed on the attached invoice(s). Disbursement by Us in accordance with these instructions shall be and constitute payment and delivery to You of any and all such proceeds.

### EQUIPMENT DELIVERY & ACCEPTANCE:

You certify that all Equipment has been furnished and delivery and installation and other work necessary prior to use has been fully completed to your satisfaction. Equipment is in good condition, working order and repair and in compliance with your requirements. You authorize Us to pay the Equipment Supplier(s) pursuant to the attached invoice(s) and your Pay Proceeds Direction any and all amounts not previously paid pursuant to the Delivery Guaranty Option. Upon signing or authenticating below, your promises herein will be irrevocable and unconditional in all respects and you irrevocably accept the Equipment "as is", "where is" and without recourse, representation or warranty of any kind express or implied.

Client: Ramsplitter Log Splitters Inc.

DocuSigned by:

X _Douglas Davidson_                                      5/16/2016
Douglas Davidson        President        Date of Delivery & Acceptance
CB8985E89F1414...

### EFA ACCEPTANCE:

| Customer:   Ramsplitter Log Splitters Inc. | Secured Party: Direct Capital Corporation |
|---|---|
| DocuSigned by:<br><br>X _Douglas Davidson_        5/2/2016<br>Douglas Davidson   President   Date<br>CB8985E89F1414... | X _Michael Gaynor_<br>Authorized Representative<br>Commencement Date:   5/16/2016 |

Copyright ©2013 Direct Capital Corp. All rights reserved.
IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

# M.R.S. INDUSTRIES INC.
# ARCO MACHINERY MOVERS

## INVOICE-   14317

4999 Torque Road
Loves Park, IL. 61111
Phone  (815) 633-1285
Fax    (815) 633-6774

Customer:  RAM005

**Bill To:**
RAMSPLITTER LOG SPLITTER
2230 Kishwaukee Street
Rockford, IL 61104
USA

**Ship To:**
RAMSPLITTER LOG SPLITTER
2230 Kishwaukee Street
Rockford, IL 61104
USA

| Date | Ship Via | Terms |
|------|----------|-------|
| 05/13/16 | | Net Due 30 |

| Purchase Order Number | JOB Date | JOB Number |
|-----------------------|----------|------------|
| Doug | 05/16/16 | 16764 |

**Description**

Go to: Modern Suspension - Blackhawk Ave Rockford IL

Remove (1) 110 Press Brake (20,000#)- (1) CNC Machine from facility

Load onto Arco truck

Deliver to: Ramsplitter - 2230 Kishwaukee St Rockford IL. 61104

Unload - Locate in place

Total :   3200.00

Page 1

## BILL OF SALE

**GRANTOR: Iron Horse Distributions, LLC**
**ADDRESS: 321 West State Street Suite 1114**
**ADDRESS: Rockford, IL 61101**
**TELEPHONE: 815-721-1648**

SOLD TO and SHIP TO:          .          **Ramsplitter Log Splitters Inc.**
ADDRESS:                                  **2230 Kishwaukee St.**
ADDRESS:                                  **Rockford, IL 61104**

Know all men by these presents; That in consideration of **$21,000.00** receipt of which is hereby acknowledged, the undersigned grantor does hereby grant, sell, transfer, and deliver unto Ramsplitter Log Splitters Inc. (Grantee), its Heirs, Executors, Administrators and assigns Grantee the following described equipment:

| QUANTITY | ITEM DESCRIPTION | TOTAL |
|---|---|---|
| (1) | Ikegai FX201 CNC Lathe  SN#00055V | $5,000.00 |
| (1) | HTC Model 155-12H Press Brake SN#551T2230 | $15,000.00 |
| (1) | Corona 3 Headed Drill Press SN#2764A | $1,000.00 |
|  |  | $21,000.00 |

To have and to hold, all and singular, the equipment forever. Grantor hereby covenants with the Grantee that they are the lawful owner of equipment; that it is free from all encumbrances, except as follows:

And that Grantor will warrant and defend the sale of equipment to Grantee against all and every person and persons who claims any other interest in equipment.

In witness whereof, the Grantor(s) have hereunto set their hands and seal this ___*12TH*___ day of *May*, 20__*16*.

**Iron Horse Distributions, LLC**

X _Paul Urquhart / President_
Signature/Title

# DIRECTCAPITAL *a CIT company*

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942

## Addendum to Master Equipment Finance Schedule

This Addendum ("Addendum") shall amend Schedule #: DCC-1225591 to Master Equipment Finance Agreement No: ME01537617 by and between Ramsplitter Log Splitters Inc. ("Customer") and Direct Capital Corp. ("Secured Party") with reference to the above EFA transaction ("EFA"). All terms and conditions of the EFA not inconsistent with this Addendum shall be and remain in full force and effect.

Customer hereby authorizes Secured Party to correct the following:

| | | |
|---|---|---|
| ☐ Lessee/Company Name | ☑ Advance Payment | ☐ Signor Title |
| ☐ Equipment Location | ☐ Rate Factor | ☐ EOL Option |
| ☐ Terms | ☐ Billing Address | ☐ Equipment Description |
| ☑ Payment Amount | ☐ Processing Fees | ☐ Other |
| ☑ Security Deposit | ☐ Signor Name | |

The Schedule and all other documents given in conjunction therewith shall now read:

Payment Amount: $516.21

Security Deposit: $0.00

Advance Payment: $ 516.21

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

Customer: Ramsplitter Log Splitters Inc.

X _____   8/13/16
Douglas Davidson              (Date)

ACCEPTED BY Direct Capital Corporation

X _____
                    (Date)

Page 1 of 1

Copyright ©2013 Direct Capital Corp. All rights reserved.

MLSADD62513

THIS IS A COPY

The Authoritative Copy of this record is held at www.docusign.net

**DIRECTCAPITAL** a*т*  ₁..ₗ

# PREPAYMENT ADDENDUM

**Eq. Schedule No. DCC-1225591**

This Prepayment Addendum ("Addendum") supplements and amends that certain equipment finance agreement, lease, rental or installment payment or similar agreement identified by the Direct Capital schedule number set forth above ("Schedule") between Direct Capital Corporation ("Direct Capital"), as secured party or lessor, and Ramsplitter Log Splitters Inc., as debtor or lessee, and pertaining to the property being financed by and described in the Schedule. The following is hereby added as a new section to the Schedule:

"**Prepayment**: Notwithstanding any other provision of this Schedule to the contrary, and provided no Default shall have occurred and is continuing under this Schedule or any other agreement with Direct Capital, you may prepay this Schedule at any time, in whole but not in part, by paying Direct Capital an amount equal to the Unpaid Balance. "Unpaid Balance" shall mean, with respect to this Schedule, as of the date of any such permitted prepayment thereunder, the sum of: (i) all amounts then due and owing by you under this Schedule, plus (ii) the discounted present value of all future monthly scheduled payments to be owed by you during the balance of the term of this Schedule, calculated using a discount rate equal to that used by Direct Capital to calculate the monthly payment amount under this Schedule, plus (iii) all applicable taxes, if any, arising out of such prepayment. Direct Capital shall specify the Unpaid Balance which, absent manifest error, shall be binding and conclusive. No prepayment penalty shall be added to the Unpaid Balance."

You agree that a facsimile or other copy of this Addendum, as executed, shall be deemed the equivalent of an originally executed copy for all purposes, and except as amended by this Addendum, the Schedule remains in full force and effect.

**Customer:** Ramsplitter Log Splitters Inc.

X  *Douglas Davidson*          5/2/2016
Douglas Davidson                    (Date)

## ACCEPTED BY Direct Capital Corporation

X  *Michael Gagnon*          5/16/2016
Michael Gagnon                    (Date)

# EXHIBIT C

RECEIVED

IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE

20160516    1309

$20.00    Electronic

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**21377597**                                                    **FS**

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Corporation Service Company                    800-858-5294

**B. E-MAIL CONTACT AT FILER** (optional)
FilingDept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Corporation Service Company

801 Adlai Stevenson Drive

Springfield, IL, 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** | | | | |
| RAMSPLITTER LOG SPLITTERS INC. | | | | |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 2230 KISHWAUKEE ST | ROCKFORD | IL | 61104 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | | |
| SECURED LENDER SOLUTIONS, LLC | | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 2576 | SPRINGFIELD | IL | 62708 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM

See Below additional collateral description:
(1) Ikegal FX201 CNC Lathe
S/N#: 00055V
(1) HTC Model 155-12H Press Brake
S/N#: 581T2230
(1) Corona 3 Headed Drill Press
S/N#: 2764A

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decendent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
1225591 [116052309]

# EXHIBIT D

THIS IS A COPY

# DIRECT CAPITAL  cit

EQUIPMENT SCHEDULE #DC01249913

EQUIPMENT SCHEDULE #DC01249913 ...dusign.net

Master EFA Agreement #ME01537617

This Equipment Schedule incorporates the terms and conditions of the referenced Master EFA. Each capitalized term has the same meaning given to it in the referenced Master EFA unless otherwise defined here. You have reviewed and acknowledge all terms of this EFA. Please sign or authenticate where noted.

## CUSTOMER INFORMATION: Please verify this section and complete any missing information

| | | | |
|---|---|---|---|
| Customer: Ramsplitter Log Splitters Inc. | | | |
| Billing Address: 2230 Kishwaukee St | | | |
| City: Rockford | State: IL | Zip: 61104 | County: |
| Federal Tax ID: | | State of Incorporation: IL | |
| Business Phone | Fax: | Email: | |

## EQUIPMENT DESCRIPTION:

All personal property as set forth on the below invoice number(s) dated as listed, including all attachments, accessories and inclusions per invoice and all replacement parts, additions, repairs, accessions, attachments and accessories now or hereafter incorporated in or affixed to it, the "Equipment".

Supplier(s) and Invoice Number(s):

**See bill of sale from John Fidoe dated 6/17/2016**

See the attached invoice(s) for Equipment listing purposes only. You acknowledge that You are choosing to finance the purchase of this Equipment over time per the terms and conditions of this EFA rather than the cash price listed on the invoice(s).

Equipment Location (if different from billing): 2230 Kishwaukee St ROCKFORD IL 61104

## EFA TERMS and CONDITIONS:

Your Monthly Payment is set forth below and is due in advance on the due date to be established by Us on our acceptance of this Equipment Schedule. This Equipment Schedule shall commence upon Our written acceptance or other authentication on the Commencement Date. This is a noncancelable, irrevocable agreement; it cannot be cancelled or terminated.

| EFA TERM:<br>60 Months<br>(term is monthly unless otherwise indicated)<br><br>Rate Factor: 0.0210450 | MONTHLY PAYMENT:<br>$333.04 | UPFRONT PAYMENT AMOUNTS:<br>Security Deposit    $0.00<br>Advance Payment    $333.04<br>Processing Fees    $325.00**<br>**(Processing fees are included in the financed amount) |
|---|---|---|

**Delivery Guaranty Option:** In reliance on your promise to pay Us and subject to EFA terms, We may, at your verbal direction and subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this EFA will commence immediately. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as the Supplier, manufacturer, vendor, installer or carrier and shall not assert against Us any claim or defense that You may have with the Equipment, installation or delivery.

**Pay Proceeds Direction:** You hereby irrevocably instruct Us to disburse proceeds of this EFA to the Supplier(s) listed above in the amounts listed on the attached invoice(s). Disbursement by Us in accordance with these instructions shall be and constitute payment and delivery to and receipt by You of any and all such proceeds.

## EQUIPMENT DELIVERY & ACCEPTANCE:

You certify that all Equipment has been furnished and delivery and installation and other work necessary prior to use has been fully completed to your satisfaction. Equipment is in good condition, working order and repair and in compliance with your requirements. You authorize Us to pay the Equipment Supplier(s) pursuant to the attached invoice(s) and your Pay Proceeds Direction and any and all amounts not previously paid pursuant to the Delivery Guaranty Option. Upon signing or authenticating below, your promises herein will be irrevocable and unconditional in all respects and you irrevocably accept the Equipment "as is", "where is" and without recourse, representation or warranty of any kind express or implied.

Client: Ramsplitter Log Splitters Inc.

DocuSigned by:

X _Douglas Davidson Sr_                          6/21/2016

Douglas Davidson Sr        President         Date of Delivery & Acceptance

## EFA ACCEPTANCE:

| Customer:  Ramsplitter Log Splitters Inc. | Secured Party: Direct Capital Corporation |
|---|---|
| DocuSigned by:<br>X _Douglas Davidson Sr_   6/13/2016<br>Douglas Davidson Sr     President    Date | DocuSigned by:<br>_Michael Gagnon_<br>Authorized Representative<br>Commencement Date:  6/21/2016 |

Copyright ©2013 Direct Capital Corp. All rights reserved.
IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

**DIRECTCAPITAL** CIT

# PREPAYMENT ADDENDUM

**Eq. Schedule No. DCC-1249918**

This Prepayment Addendum ("Addendum") supplements and amends that certain equipment finance agreement, lease, rental or installment payment or similar agreement identified by the Direct Capital schedule number set forth above ("Schedule") between Direct Capital Corporation ("Direct Capital"), as secured party or lessor, and Ramsplitter Log Splitters Inc., as debtor or lessee, and pertaining to the property being financed by and described in the Schedule. The following is hereby added as a new section to the Schedule:

"**Prepayment**: Notwithstanding any other provision of this Schedule to the contrary, and provided no Default shall have occurred and is continuing under this Schedule or any other agreement with Direct Capital, you may prepay this Schedule at any time, in whole but not in part, by paying Direct Capital an amount equal to the Unpaid Balance. "Unpaid Balance" shall mean, with respect to this Schedule, as of the date of any such permitted prepayment thereunder, the sum of: (i) all amounts then due and owing by you under this Schedule, plus (ii) the discounted present value of all future monthly scheduled payments to be owed by you during the balance of the term of this Schedule, calculated using a discount rate equal to that used by Direct Capital to calculate the monthly payment amount under this Schedule, plus (iii) all applicable taxes, if any, arising out of such prepayment. Direct Capital shall specify the Unpaid Balance which, absent manifest error, shall be binding and conclusive. No prepayment penalty shall be added to the Unpaid Balance."

You agree that a facsimile or other copy of this Addendum, as executed, shall be deemed the equivalent of an originally executed copy for all purposes, and except as amended by this Addendum, the Schedule remains in full force and effect.

**Customer:** Ramsplitter Log Splitters Inc.

X _Douglas Davidson Sr_    6/13/2016
Douglas Davidson Sr            (Date)

## ACCEPTED BY Direct Capital Corporation

X _Michael Gagnon_    6/21/2016
Michael Gagnon            (Date)

## BILL OF SALE

GRANTOR: John Fidoe
ADDRESS: 315 Elliot St
ADDRESS: Kewanee, IL 61443

BILL TO/SHIP TO: Ramsplitter Log Splitters Inc.
ADDRESS: 2230 Kishwaukee St
ADDRESS: Rockford, IL 61104

Know all men by these presents; That in consideration of $15,500.00 the receipt of which is hereby acknowledged, the undersigned grantor does hereby grant, sell, transfer, and deliver unto Ramsplitter Log Splitters(Grantee), its Heirs, Executors, Administrators and assigns Grantee the following described equipment:

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|----------|------------------|-----------|-------|
| 1 | CandCNC ESP II Plasma Cutting Table SN#051B2229 | $15,500.00 | $15,500.00 |

Includes:    Plasma Table 60"x120" with electric Motor Driven Gantry
             Dell PC Computer with Software
             Thermal Dynamics 102 Plasma Cutter

To have and to hold, all and singular, the equipment forever. Grantor hereby covenants with the Grantee that they are the lawful owner of equipment; that it is free from all encumbrances, except as follows:

And that Grantor will warrant and defend the sale of equipment to Grantee against all and every person and persons who claims any other interest in equipment.

In witness whereof, the Grantor(s) have here unto set their hands and seal this _____ day of _ , 20____ .

John Fidoe

Signature/Title _____

Subscribed and sworn before me this ____17th____ day of ____June____, 20__2016__

Notary Public Signature

"OFFICIAL SEAL"
VIRGINIA ANN McHENRY
Notary Public, State of Illinois
My Commission Expires 07/14/19

# DIRECTCAPITAL a **CIT** company

155 Commerce Way, Portsmouth, NH 03801 | Ph: 800-999-9942

## Addendum to Master Equipment Finance Schedule

This Addendum ("Addendum") shall amend Schedule #: DCC-1249918 to Master Equipment Finance Agreement No: ME01537617 by and between Ramsplitter Log Splitters Inc. ("Customer") and Direct Capital Corp. ("Secured Party") with reference to the above EFA transaction ("EFA"). All terms and conditions of the EFA not inconsistent with this Addendum shall be and remain in full force and effect.

Customer hereby authorizes Secured Party to correct the following:

| ☐ Lessee/Company Name | ☑ Advance Payment | ☐ SignorTitle |
| ☐ Equipment Location | ☐ Rate Factor | ☐ EOL Option |
| ☐ Terms | ☐ BillingAddress | ☐ Equipment Description |
| ☑ Payment Amount | ☑ Processing Fees | ☐ Other |
| ☑ Security Deposit | ☐ SignorName | |

The Schedule and all other documents given in conjunction therewith shall now read:

**Payment Amount: $331.46**

**Security Deposit: $0.00**

**Advance Payment: $ 331.46**

**Processing Fees: $250.00** *(Processing fees are included in the financed amount)

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

**Customer:** Ramsplitter Log Splitters Inc.

X _Internl_
Douglas Davidson Sr                    (Date)

**ACCEPTED BY Direct Capital Corporation**

X _____ 6/21/16
                                       (Date)

Page 1 of 1

CONFIDENTIAL                Copyright ©2013 Direct Capital Corp. All rights reserved.                MLSADD62613

# EXHIBIT E

RECEIVED

IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE

20160621    1520

$20.00    Electronic

**21482234**    **FS**

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company          800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FilingDept@cscinfo.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporation Service Company

801 Adlai Stevenson Drive

Springfield, IL, 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only **one** Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| RAMSPLITTER LOG SPLITTERS INC. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2230 KISHWAUKEE ST | ROCKFORD | IL | 61104 | USA |

2. DEBTOR'S NAME: Provide only **one** Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only **one** secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FINANCIAL AGENT SERVICES | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 2576 | SPRINGFIELD | IL | 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM

See Below additional collateral description:
(1) CNC ESP II Plasma Cutting
S/N#: 051B2229
- Includes all attachments

5. Check **only** if applicable and check **only** one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check **only** if applicable and check **only** one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check **only** if applicable and check **only** one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
12489516 [117710898]

# EXHIBIT F

# DIRECTCAPITAL

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

## EQUIPMENT SCHEDULE #DCC-1336154

### Master EFA Agreement #ME01537617

This Equipment Schedule incorporates the terms and conditions of the referenced Master EFA. Each capitalized term has the same meaning given to it in the referenced Master EFA unless otherwise defined here. You have reviewed and acknowledge all terms of this EFA. Please sign or authenticate where noted.

### CUSTOMER INFORMATION: Please verify this section and complete any missing information

Customer: RamSplitter Log Splitters Inc.

Billing Address: 2230 Kishwaukee Street

| City: Rockford | State: IL | Zip: 61104 | County: |
|---|---|---|---|

| Federal Tax ID: | | State of Incorporation: IL | |
|---|---|---|---|

| Business Phone | Fax: | Email: |
|---|---|---|

### EQUIPMENT DESCRIPTION:

All personal property as set forth on the below invoice number(s) dated as listed, including all attachments, accessories and inclusions per invoice and all replacement parts, additions, repairs, accessions, attachments and accessories now or hereafter incorporated in or affixed to it, the "Equipment".

Supplier(s) and Invoice Number(s):

Reference invoice from Perfection Global LLC number 53991

See the attached invoice(s) for Equipment listing purposes only. You acknowledge that You are choosing to finance the purchase of this Equipment over time per the terms and conditions of this EFA rather than the cash price listed on the invoice(s).

Equipment Location (if different from billing): 2230 Kishwaukee Street ROCKFORD IL 61104

### EFA TERMS and CONDITIONS:

Your Monthly Payment is set forth below and is due in advance on the due date to be established by Us on our acceptance of this Schedule. This Schedule shall commence upon Our written acceptance or other authentication on the Commencement Date (referenced below). This is a noncancelable, irrevocable agreement; it cannot be cancelled or terminated.

| EFA TERM: | MONTHLY PAYMENT: | UPFRONT PAYMENT AMOUNTS: | |
|---|---|---|---|
| 60 Months | $619.61 | Security Deposit | $619.61 |
| (term is monthly unless otherwise indicated) | | Advance Payment | $619.61 |
| | | Processing Fees | $350.00 |
| Rate Factor: 0.0221290 | | | |

Delivery Guaranty Option: In reliance on Your promise to pay Us and subject to EFA terms, We may, at Your verbal direction and subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this EFA will commence immediately and are absolute and unconditional. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as Supplier(s), manufacturer, vendor, installer or carrier, and shall not: (i) assert against Us any claim or defense that You may have with the Equipment, installation or delivery and (ii) withhold, set off or reduce any payment due under this EFA by reason thereof.

Pay Proceeds Direction: You hereby irrevocably instruct Us to disburse proceeds of this EFA to the Supplier(s) listed above in the amounts listed on the attached Invoice(s). Disbursement by Us in accordance with these instructions shall be and constitute payment and delivery to and receipt by You of any and all such proceeds.

### EQUIPMENT DELIVERY & ACCEPTANCE:

You certify that all Equipment has been furnished and delivery and installation and other work necessary prior to use has been fully completed to Your satisfaction. Equipment is in good condition, working order and repair and in compliance with Your requirements. If the Delivery Guaranty Option is not applicable, You authorize Us to pay the Supplier(s) pursuant to the attached Invoice(s) and Your Pay Proceeds Direction. Upon signing or authenticating below, Your promises herein will be irrevocable and unconditional in all respects and You irrevocably accept the Equipment "as is", "where is" and without recourse, representation or warranty of any kind express or implied.

Client: RamSplitter Log Splitters Inc.

X _____    5/23/2017

Douglas Davidson Sr          President          Date of Delivery & Acceptance

### EFA ACCEPTANCE:

Customer:   RamSplitter Log Splitters Inc.

X _____

Douglas Davidson Sr        President      Date

Jonathan Moynahan
D285FEA636184C3...

Commencement Date:          5/23/2017

CONFIDENTIAL
Copyright ©2016 CIT Group Inc. All rights reserved.
IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.

The Authoritative Copy of this record is held at www.docusign.net




**Perfection Global, LLC.**

2650 Arthur Avenue
Elk Grove Village, IL 60007 USA
(847) 427-3333  |  Fax: (847) 427-8884

www.perfectionglobal.com

| INVOICE NUMBER |
| --- |
| 53991 |

We buy and sell industrial assets - One item or entire company

Perfection Machinery Sales, Perfection Industrial Sales and Perfection Investment Recovery are all business units of Perfection Global LLC.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **S O L D T O** | Ramsplitter Log Splitter Inc<br>2230 Kishwaukee St<br>Rockford, IL 61104<br><br>Doug Davidson | | **S H I P T O** | Same | |

| INVOICE DATE | CUSTOMER P.O. NO. | CUSTOMER NO. | SALESPERSON | F.O.B. |
| --- | --- | --- | --- | --- |
| 5/18/2017 | VERBAL | 10130 | Jesse Zamora | SEE BELOW FOR INFO |

| DATE SHIPPED | SHIPPED VIA | TERMS |
| --- | --- | --- |
| To Be Advised | To Be Advised | Payment in full by 5/23/2017 and removal no later than<br>5/26/2017 ( with full payment). |

| QTY | INV # | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
| --- | --- | --- | --- | --- |
| 1 | 31209 | USED MAZAK ST-35-ATC-M/C CNC LATHE<br>S# 80778 | $ 8,200.00 | |
| 1 | 32086 | USED OKUMA CADET MATE CNC VERTICAL MACHINING CENTER<br>S# 0549 | $ 9,500.00 | |
| 1 | 32638 | USED CITIZEN CINCOM F16 AUTOMATIC SWISS TYPE SCREW MACHINE<br>S# 1269 | $ 3,500.00 | |
| 1 | 32900 | USED CITIZEN CINCOM F25 AUTOMATIC SWISS TYPE SCREW MACHINE<br>S# 2175 | $ 6,800.00 | |
| | | Total | | $28,000.00 |
| | | MACHINE SOLD AS-INSPECTED / NO RETURN PRIVILEGE/ PRICE INCLUDES<br>1 TRUCK DELIVERY TO ROCKFORD, IL | | |

**Please make payment to Perfection Global LLC**

Remit To Wire Transfer Instructions:
MB Financial / American Chartered Bank
1199 E Higgins Rd
Schaumburg, IL 60173
ABA# 071-001-737
Acc# 10460182
Swift# MBFIUS44

| TOTAL ➡ | $28,000.00 |
| --- | --- |

THIS ORDER IS SUBJECT TO TERMS AND CONDITIONS OF SALE CONTAINED ON REVERSE SIDE OF THIS INVOICE.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

# DIRECTCAPITAL

# PREPAYMENT ADDENDUM

**Eq. Schedule No. DCC-1336154**

This Prepayment Addendum ("Addendum") supplements and amends that certain equipment finance agreement, lease, rental or installment payment or similar agreement identified by the Direct Capital schedule number set forth above ("Schedule") between CIT Bank, N.A., as secured party or lessor, and RamSplitter Log Splitters Inc., as debtor or lessee, and pertaining to the property being financed by and described in the Schedule. The following is hereby added as a new section to the Schedule:

"**Prepayment:** Notwithstanding any other provision of this Schedule to the contrary, and provided no Default shall have occurred and is continuing under this Schedule or any other agreement with Direct Capital, a Division of CIT Bank, N.A., you may prepay this Schedule at any time, in whole but not in part, by paying Direct Capital, a Division of CIT Bank, N.A., an amount equal to the Unpaid Balance. "Unpaid Balance" shall mean, with respect to this Schedule, as of the date of any such permitted prepayment thereunder, the sum of: (i) all amounts then due and owing by you under this Schedule, plus (ii) the discounted present value of all future monthly scheduled payments to be owed by you during the balance of the term of this Schedule, calculated using a discount rate equal to that used by Direct Capital, a Division of CIT Bank, N.A., to calculate the monthly payment amount under this Schedule, plus (iii) all applicable taxes, if any, arising out of such prepayment. Direct Capital, a Division of CIT Bank, N.A., shall specify the Unpaid Balance which, absent manifest error, shall be binding and conclusive. No prepayment penalty shall be added to the Unpaid Balance."

You agree that a facsimile or other copy of this Addendum, as executed, shall be deemed the equivalent of an originally executed copy for all purposes, and except as amended by this Addendum, the Schedule remains in full force and effect.

**Customer:** RamSplitter Log Splitters Inc.

X _____  5/19/17
Douglas Davidson Sr.                       (Date)

## ACCEPTED BY CIT Bank, N.A.

DocuSigned by:
X | Jonathan Moynahan |          5/23/2017
0265FEA803B1B4C3...                   (Date)

CONFIDENTIAL                    Copyright ©2016 CIT Group Inc. All rights reserved

# EXHIBIT G

████████
████████
████████

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
20170523   1025
$20.00   Electronic

**22402129**   FS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company   800-858-5294 |

B. E-MAIL CONTACT AT FILER (optional)
FilingDept@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL, 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

1a. ORGANIZATION'S NAME
RAMSPLITTER LOG SPLITTERS INC.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2230 KISHWAUKEE STREET | ROCKFORD | IL | 61104 | USA |

2. DEBTOR'S NAME: ...

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 2576 | SPRINGFIELD | IL | 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, INCOME, SECURITIES, FIXTURES AND OTHER PROPERTY, NOW EXISTING OR HEREAFTER ARISING, AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE PROCEEDS. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE PROCEEDS.

THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM.

8. OPTIONAL FILER REFERENCE DATA:
1336154 [131532650]

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

RECEIVED

IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE

20170523   1025

$20.00   Electronic

**22402129**                    **FS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| RAMSPLITTER LOG SPLITTERS INC. |

OR

| 9b. INDIVIDUAL'S SURNAME | | |
|---|---|---|
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
|  |

OR

| 10b. INDIVIDUAL'S SURNAME | | | |
|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
|  |  |  |  |  |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|
|  |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
|  |  |  |  |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
|  |  |  |  |  |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Collateral includes but is not limited to machinery FF&E

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

**17. MISCELLANEOUS:**